AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| RYAN MCKINLEY, individually and on behalf of all others similarly situated<br><br>*Plaintiff(s)*<br><br>v.<br><br>STUDENT LOAN DEFENSE CENTER LLC, a Wyoming Limited Liability Company,<br><br>*Defendant(s)* | Civil Action No. 8:21-cv-02275-GLS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  STUDENT LOAN DEFENSE CENTER LLC, a Wyoming Limited Liability Company
1712 Pioneer Ave., Ste 115
Cheyenne, Wyoming 82001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sergei Lemberg, Esq.
Lemberg Law, LLC
43 Danbury Rd.
Wilton, CT 06897

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   09/07/2021

*Signature of Clerk or Deputy Clerk*

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Maryland

Case Number: 8:21-CV-02275-GLS

**Plaintiff:**
Ryan McKinley, individually and on behalf of all others similarly situated

vs.

**Defendant:**
Student Loan Defense Center LLC, a Wyoming Limited Liability Company

Received by Certified Corp. & Process Services LLC on the 22nd day of September, 2021 at 2:44 pm to be served on **Student Loan Defense Center LLC, 1712 Pioneer Avenue, Suite 2414, Cheyenne, Laramie County, WY 82001.**

I, Gregory Goodwine, do hereby affirm that on the 29th day of September, 2021 at 3:15 pm, I:

**Personally by delivering to: Student Loan Defense Center LLC, accepting, Sharon Kunz, Office Manager/Authorized to Accept, Federal Summons and Class Action Complaint; Civil Cover Sheet; Consent to Exercise of Jurisdiction by United States Magistrate Judge; Case Management Order; Standing Order 2019-07; Consent to Exercise of Jurisdiction by United States Magistrate Judge,** a true copy of the specified civil process, having first endorsed the date of delivery, at **1712 Pioneer Avenue, Suite 2414, Cheyenne, Laramie County, WY 82001** and informed said person of the contents therein.

**Description** of Person Served: Age: 50s, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 130, Hair: Grey, Glasses: N

I am over the age of 18; and I am not a party to nor interested in the outcome of the above styled and numbered suit; and I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Gregory Goodwine
Process Server

Certified Corp. & Process Services LLC
P.O. Box 496448
Garland, TX 75049
(972) 279-6100

Our Job Serial Number: LGD-2021001967
Ref: 31240-001 McKinley, Ryan

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V6.2c

6927